UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                                <u>ORDER</u>

                                                                 01-CR-6001L
                                                                 01-CR-6002L
                                                                 01-CR-6078L

                        v.

ANTHONY F. LEONARDO, JR.,

                        Defendant.
_____

       The Government's Submission on the Re-Sentence of Defendant has been submitted to the Court and the Government requests that it be filed under seal. The motion is denied. I see no reason for sealing the document, and the Government is directed to file the document on the public record.

       IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
          June 19, 2009.